John White, Esq.
Bar Number 1741
WHITE LAW CHARTERED
335 West First St.
Reno, NV, 89503
775-322-8000
Attorney for Debtor

# United States Bankruptcy Court
## District of Nevada

| | |
|---|---|
| IN Re:<br><br>Rockaway Workforce Housing Partners, LLC<br><br>Debtor | Case No.<br>Chapter 11<br><br>CORPORATE OWNERSHIP STATEMENT<br><br>Hearing Date: N/A |

.

CORPORATE OWNERSHIP STATEMENT

The above-named Debtor herety verifies:

That the following corporation(s), and no others, directly or indirectly own 10% or more of the Debtor Limited Liability Company's equity interests.

PACIFICA AFFORDABLE HOUSING PARTNERS, LLC

Dated: May 22, 2018

Signed: *John Hickey*
John Hickey, President
Rockaway Workforce Housing Partners, LLC,

1