**Fill in this information to identify the case:**

Debtor name __Rockaway Workforce Housing Partners, LLC__

United States Bankruptcy Court for the: _____ District of __NV__
(State)

Case number (If known): __18-50535-btb__

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $ 29,160,000

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................. $ 1,000,000

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $ 30,160,000

### Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $ 4,800,000

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... + $ 27,053

4.  **Total liabilities**...........................................................................................
Lines 2 + 3a + 3b                                              $ 4,827,053