John White, Esq.  
Bar Number 1741  
WHITE LAW CHARTERED  
335 West First St.  
Reno, NV, 89503  
775-322-8000  
Attorney for Debtor  

E-filed June 5, 2018

# United States Bankruptcy Court
## District of Nevada

IN Re:

ROCKAWAY WORKFORCE HOUSING PARTNERS, LLC,

                Debtor.

Case No. 18-50535-btb  
Chapter 11

**LIST OF EQUITY SECURITY HOLDERS**

Hearing Date: N/A

.

Names and addresses of equity security holders of the debtor:

Pacifica Affordable Housing Partners, LLC  
2309 Noriega Street, Suite 208  
San Francisco, CA 94122

1