John White, Esq.  
Bar Number 1741  
WHITE LAW CHARTERED  
335 West First St.  
Reno, NV, 89503  
775-322-8000  
Attorney for Debtor in Possession

E-filed September 24, 2018

# United States Bankruptcy Court
## District of Nevada

IN Re:

ROCKAWAY WORKFORCE HOUSING PARTNERS, LLC

    Debtor in Possession

Case No. BK-18-50535-btb  
Chapter 11

NOTICE OF HEARING ON SHORTENING TIME AND NOTICE ENTRY OF ORDER

Hearing Date: October 16, 2018  
Hearing Time: 2:00 P.M.

**NOTICE IS HEREBY GIVEN** that a DISCLOSURE STATEMENT has been filed by the debtor on September 19, 2018. An Order Granting the shortened time and setting the hearing on this matter was entered on September 24, 2018. A copy of the Order granting the shortened time is attached hereto. The hearing on this matter has been set for October 16, 2018 at 2:00 pm.

**NOTICE IS FURTHER GIVEN** that the hearing has been scheduled before a United States Bankruptcy Judge in the Clifton Young Federal Building, located at 300 Booth Street, Courtroom 2, Reno, Nevada on **October 16, 2018** at the hour of **2:00 P.M.**

**NOTICE IS FURTHER GIVEN** that any opposition must be filed by October 5, 2018. Any response to an objection so filed shall be filed by October 10, 2018.

If you do object to the Disclosure Statement, you must file a **WRITTEN** response with the court. You must also serve your written response on the person who sent you this notice. A paper copy of any response should also be delivered to the Clerk's

Office identified as "Copy For Chambers" or some similar designation. If you do not file a timely written response with the court, or if you do not timely serve your written response to who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and

- The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FINALLY GIVEN** that a complete copy of the Disclosure Statement can be obtained upon written request from White Law Chartered, 335 W. First Street, Reno, Nevada 89503, by calling White Law Chartered at 1-775-322-8000, or from the United States Bankruptcy Court Clerk's Office, 300 Booth Street, Reno, Nevada 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

Dated: September 24, 2018.

        WHITE LAW CHARTERED
        By: _/s/John White_
        John White, Esq.
        Counsel for the Debtor

*[signature: Bruce T Beesley]*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
September 24, 2018

John White, Esq.
Bar Number 1741
WHITE LAW CHARTERED
335 West First St.
Reno, NV, 89503
775-322-8000
Attorney for Debtor in Possession

# United States Bankruptcy Court
## District of Nevada

IN Re:

ROCKAWAY WORKFORCE
HOUSING PARTNERS, LLC

    Debtor in Possession

Case No. BK-18-50535-btb
Chapter 11

ORDER APPROVING DEBTOR'S
MOTION FOR ORDER
SHORTENING TIME

Hearing Date: October 16, 2018
Hearing Time: 2:00 p.m.

Upon consideration of Debtor's Motion for Order Shortening Time, filed herein September 20, 2018, and good cause appearing, time is shortened.

Debtor's Disclosure Statement shall be heard on October 16, 2018, at 2:00 p.m.

The date for filing any objection to the Disclosure Statement shall be <u>October 5</u>, 2018.

The date for filing any response to an objection shall be <u>October 10</u>, 2018.

Service of this Order Shortening Time shall be made on or before <u>September 25</u>, 2018.

###

# CERTIFICATE OF SERVICE

I certify that I am an employee of White Law Chartered, a Professional Law Corporation, that I am over the age of 18 and not a party to the above-referenced case, and that on this date I file and served the NOTICE OF HEARING ON SHORTENED TIME AND NOTICE OF ENTRY OF ORDER by the following means to the persons as listed below:

1. I served the above-named document(s) by the following means to the persons as listed below:    **(Check all that apply)**

[X] a. **ECF System on September 24, 2018.**

Louis M. Bubala, III, SBN 8974
Kaempfer Crowellnn
50 W. Liberty St. Ste, 700
Reno, NV 89501

US Trustee - RN - 11
300 Booth St., Ste 3009
Reno, NV 89509-1362

[X] b. **United States mail, postage fully prepaid on September 24, 2018:**

BKF ENGINEERS
255 SHORELINE DRIVE,
STE. 200
REDWOOD CITY, CA 94065

INVESTMENT PROPERTY EXCHANGE SERVICES, INC.
900 SW FIFTH AVENUE
SOUTH MEZZANINE
PORTLAND, OR 97204

SEVENTEEN ENTERPRISES, LLC
10168 NORTH PRICE AVENUE
FRESNO, CA 93730

PACIFICA LAND CONSERVATION, LLC
10168 NORTH PRICE AVENUE
FRESNO, CA 93730

OWENS FINANCIAL GROUP, INC.
2221 OLYMPIC BLVD.
PO BOX 2400
WALNUT CREEK, CA 94595

I declare under penalty of perjury that the foregoing is true and correct.

Dated September 24, 2018.

/s/__Vonda Fischer
An employee of
White Law Chartered